■ ERICA L. NIEMANN et al., as Coadministrators of the Estate of TIMOTHY W. NIEMANN, Deceased, Appellants, v ST. JOSEPH'S HOSPITAL HEALTH CENTER et al., Defendants. [930 NYS2d 170]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Sconiers, Green and Martoche, JJ.